## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Burgueno,<br><br>    Plaintiff,<br><br>v.<br><br>GMAC Bank, GMAC Mortgage Corp.,<br>Mortgage Electronic Registration Systems,<br>Inc.,<br><br>    Defendant(s). | **JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE**<br><br>CV 08-1642-PHX-ROS |

\_\_\_   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated July 23, 2009 granting Defendant's Motion to Dismiss, judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice.

                                                                           RICHARD H. WEARE
                                                                           District Court Executive/Clerk

July 23, 2009

                                                                           s/ Sally Turner
                                                                           By: Deputy Clerk

cc: (all counsel)